In the Matter of the Petition of MATTEO DESTEFANO, Respondent, for a Writ of Habeas Corpus in Relation to the Care and Custody of His Grandchild, SELDEN A. PINERO, an Infant. FRANCIS J. PINERO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

LOUIS FRANK, Respondent, v. CHARLES GARCIA and Another, Copartners, etc., and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

NASSAU SUPPLY CO., INC., Respondent, v. ICE SERVICE CO., INC., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within five days from service of order. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ROBERT H. LAIRD and Another, Respondents, v. THE HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

GEORGE ISRAEL, Respondent, v. FRANCES F. ISRAEL, Defendant, Impleaded with JULIUS BERNFELD, Corespondent, Appellant. In the Matter of the Application of JULIUS BERNFELD to Vacate and Set Aside the Interlocutory and Final Decree Entered in the Above Matter, and Be Permitted to Come in and Interpose an Answer and Defend the Action.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ROBERT V. NEWMAN, Respondent, v. PATTERSON McNUTT and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of BUCK, KIAER & CO., INC., Respondent, to Require Submission of Disputes under a Contract between BUCK, KIAER & CO., INC., and WM. HARTMANN & CO., INC., Appellant, Dated September 24, 1924, to Arbitration.— Order modified by denying the motion for submission to arbitration with respect to item " (e) " in the notice of application, and as so modified affirmed, without costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of EUGENE HIGGINS, Appellant, for a Peremptory Mandamus Order against GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York, Respondent, Directing Him to Institute Proceedings, Pursuant to Chapter 1006 of the Laws of 1895 and the Acts Amendatory Thereof, for the Ascertainment and Determination of the Compensation Which Should Justly Be Made to Petitioner for Damages Caused by the Legal Closing and Discontinuance of Former 12th Avenue, etc., Borough of Manhattan, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.